UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSHUA PAUL GALLOWAY** | **CIVIL DOCKET NO. 6:24-CV-01629** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MARK GARBER, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 12], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that plaintiff's claims against Unknown Officers, Mark Garber and the Lafayette Police Department be DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this civil action, claims of civil rights violations against Sr. Cpl. Fontenot and Cpl. Mcfarlain, is STAYED and the clerk of court should administratively close this case until further order of the court. This case will remain closed until such time as Plaintiff might file a motion to lift stay after the completion of his criminal proceedings. He will, if he files such a motion, have to show that the litigations of the claims presented in this case would not run afoul of *Heck* or that the *Heck* conditions (charges dismissed or any conviction reversed or set aside) have been met.

THUS DONE AND SIGNED in Chambers this 28TH day of March 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE